1

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

3

4

5

6

7

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-08-2021-LRS |
| Plaintiff, ) | ORDER GRANTING MOTION FOR EXPEDITED HEARING **(Ct. Rec. 113)** AND DENYING MOTION FOR RECONSIDERATION TO TRAVEL **(Ct Rec. 109)** |
| v. ) | |
| GURMIT SINGH KAILA, ) | |
| Defendant. ) | |

8

9

10

    On July 21, 2008, this court held a bail review hearing.

Shawn Anderson appeared for the government and the defendant was

present with counsel Richard Smith.

11

12

13

    The defendant made a motion for an expedited hearing and

moved the Court to reconsider the previous order dated July 1,

2008, allowing defendant to travel.

14

    The Court **granted** the motion to expedite **(Ct. Rec. 113)**.

15

16

    The Court heard argument from counsel and comments from U.S.

Probation Officer, Kevin Crawford.

17

18

    Counsel for the defendant withdrew his motion for

reconsideration.

19

20

21

22

23

    The motion for reconsideration is **moot** having been withdrawn.

**(Ct Rec. 109)**.  The Court informed defendant the issue of travel

may be brought before this court again should circumstances change

and/or upon presenting an assurance guarantee to the court, verbal

or in writing, from the title company.

24

    **IT IS SO ORDERED.**

25

    DATED this 21st day of July, 2008.

26

27

                                    s/ James P. Hutton
                                    JAMES P. HUTTON
                          United States Magistrate Judge

28

ORDER GRANTING MOTION FOR EXPEDITED HEARING
AND DENYING MOTION FOR RECONSIDERATION TO TRAVEL