UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br>   v. <br><br> GURMIT SINGH KAILA, <br>     Defendant. | NO. CR-08-2021-LRS <br><br> **ORDER DENYING** <br> **MOTION TO RECONSIDER** |

    Defendant has filed a "Motion To Reconsider Release On Bond Pending Designation To A Federal BOP Facility" (Ct. Rec. 288). Although this motion has been noted for hearing with oral argument on May 14, the court exercises its discretion pursuant to LR 7.1(h)(3) to hear the motion without oral argument and without requiring a response from the Government.

    The court will not reconsider its decision to not allow the Defendant to self-report to BOP for service of his term of imprisonment. 18 U.S.C. Section 3143(a) pertains to "Release or detention pending sentence." Until May 7, Defendant was on release status "pending sentence." On May 7, sentence was imposed and was no longer "pending." Defendant is no longer merely facing the prospect of a term of imprisonment. The Order Regarding Sentencing Schedule (Ct. Rec. 260) entered January 6, 2009, specifically states that, "If a sentence of incarceration is imposed the defendant shall be placed in custody at the time of sentencing." An 11 month term of imprisonment was imposed on him on May 7, and in light of that change of circumstance, and for the other reasons stated on the record at the conclusion of the sentencing hearing, the court determined that Defendant should

**ORDER DENYING**
**MOTION TO RECONSIDER-    1**

immediately be taken into custody.  In making that determination, the court did not commit a clear legal or factual error which would require reconsideration.  There is no statutory provision which specifically pertains to release or detention following imposition of sentence, and where no appeal is pending.[1]  Self-reporting is a matter entrusted to the sound discretion of the court.

Defendant's "Motion To Reconsider Release On Bond Pending Designation To A Federal BOP Facility" (Ct. Rec. 288) is **DENIED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and to provide copies to counsel and to the U.S. Probation Office.

**DATED** this ___11th___ day of May, 2009.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

---

[1] Compare 18 U.S.C. Section 3143(b) "Release or detention pending appeal by defendant."

**ORDER DENYING**
**MOTION TO RECONSIDER-    2**