# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

January 14, 2011

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO <u>Yakima</u>

The Honorable Lonny R. Suko
Chief U.S. District Judge
Eastern District of Washington
P.O. Box 2726
Yakima, WA 98907-2726

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 4 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

**RE: Kaila, Gurmit Singh**
**Docket No: 2:08CR02021-001**

**REQUEST FOR OUT OF**
**COUNTRY TRAVEL**

Your Honor:

The purpose of this letter is to advise the Court that Gurmit Singh Kaila has requested permission to travel outside the United States, specifically, Canada, for medical reasons.

On May 7, 2009, Mr. Kaila was sentenced to 11 months of incarceration, after pleading guilty to Structuring Transactions to Evade Reporting Requirements, in violation of 31 U.S.C. § 5324F. He was released from custody on April 5, 2010. While in custody, he suffered from chest pain and was released from the residential reentry center to be examined by his physician in Ellensburg, Washington. Since Mr. Kaila's term of supervised release, he has done well and, in fact, traveled to Canada in August of last year without incident. Mr. Kaila has remained unemployed and does not have health insurance. Mr. Kaila advised he has been experiencing shortness of breath, and he would like to travel back to Canada for further medical treatment. He is again requesting permission to travel to Surrey, British Columbia, Canada, to see Dr. D.K. Ram, at 178-8138-128 Street, Surrey, B.C. Canada, telephone number, 604-572-9191. He does not have an appointment but believes he can be presented to the doctor's office as a walk-in. He believes Dr. Ram will want to preform further testing, accept the prescription written by Dr. Vaughan, and receive a scheduled CT chest scan.

Kaila, Gurmit Singh
January 14, 2011
Page 2

Mr. Kaila is requesting permission to travel on February 1, 2011, to February 28, 2011, to Surrey, B.C., Canada, for medical treatment. He will be staying at 7625 120 A Street, Surrey, B.C., Canada. He advised he would return to the United States as soon as he completes any testing and treatment.

Mr. Kaila has been compliant and cooperative with all aspects of his term of supervision at this time, therefore, this officer recommends that Mr. Kaila's request to travel to Surrey, B.C. Canada, for a medical assessment and treatment, be granted.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

By: _____  14 Jan. 11
Stephen Krous                Date
U.S. Probation Officer

APPROVED BY:

_____  1/14/11
Rebecca M. Nichols        Date
Supervising U.S. Probation Officer

SK/lh

---

**ORDER OF THE COURT:**

Approved __1/14/11__          Disapproved _____

__1/14/11__                    _____
Date                           The Honorable Lonny R. Suko
                               Chief U.S. District Judge